THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Tonnie N. Baldwin #1,       
Appellant.
 
 
 

Appeal From Aiken County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2003-UP-421
Submitted April 18, 2003  Filed June 24, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Aileen P. Clare, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy 
 Attorney General John W. McIntosh; Assistant Deputy Attorney General Charles 
 H. Richardson, all of Columbia;  and Solicitor Barbara R. Morgan, of Aiken; 
 for Respondent.
 
 
 

PER CURIAM: Tonnie N. Baldwin was indicted for first 
 degree burglary and armed robbery.  Following a jury trial, he was convicted 
 on both charges and sentenced to concurrent terms of imprisonment totaling twenty 
 years.    This appeals follows.
Counsel for Baldwin attached a petition to be relieved to 
 the final brief stating she had reviewed the record and found the appeal to 
 be without merit.  Baldwin filed a separate pro se brief.  After 
 a review of the record and counsel and Baldwins briefs pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Baldwins appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
 CURETON, ANDERSON and HUFF, JJ., concur.

 
 
 [1] Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without 
 oral argument pursuant to Rule 215, SCACR.